IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02136-MEH

JARED BURDIN,

    Plaintiff,

v.

DEBORAH LEE JAMES, Secretary of the United States Air Force, and
DAVID J. BUCK, Lieutenant Commander of the 14th Air Force, Vandenburg AFB,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2016**.

    Before the Court is Plaintiff's Motion to Vacate and Reschedule the February 1, 2016 Scheduling Conference [filed January 24, 2016; docket #11]. This is the Plaintiff's second request to reschedule such conference. The Court will not grant a request to continue based upon speculation; however, the Court acknowledges the Plaintiff's counsel's trial schedule in state court and will **grant** the motion as follows.

    The Scheduling Conference currently set for February 1, 2016 is **vacated and rescheduled** to **February 18, 2016**, at **9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    <u>The Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

    It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **February 5, 2016**. Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the Court.

    All other aspects of this Court's September 29, 2015 order remain in effect.